**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:09-CR-658 CAS |
| v. ) | |
| ) | |
| ) | |
| LARRY LEE HENDERSON, ) | |
| ) | |
| Defendant. ) | |

## <u>ORDER</u>

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Thomas C. Mummert, III. On December 30, 2009, Judge Mummert filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's motion to suppress statements should be granted and defendant's motion to suppress evidence should be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation. The Court has carefully and independently reviewed the record of this matter. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 23]

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements and evidence is **GRANTED in part** and **DENIED in part**. The motion to suppress statements is **GRANTED**, and the motion to suppress evidence is **DENIED**. [Doc. 14]

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  22nd  day of January, 2010.