**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No.  S2-4:09CR0658 CAS/TCM** |
| | ) | |
| **LARRY LEE HENDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the hearing on March 5, 2010 and the record made therein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Dismiss based on

Rule 12.4(2) [Doc. 37] should be **DENIED**.

The parties are advised that they have fourteen (14) days in which to file written

objections to this Recommendation incorporated herein pursuant to 28 U.S.C. § 636(b)(1),

unless an extension of time for good cause is obtained, and that failure to file timely

objections may result in waiver of the right to appeal questions of fact.


/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE


Dated this 8th day of  March, 2010.